original

# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

_____ Division

Frederick Jason Bosserman
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Williamson County      John Doe 2
Southern Health Partners
John Doe 1
Dusty Rhoades
Jane Doe 1    *Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 03-22 0960
*(to be filled in by the Clerk's Office)*

RECEIVED
NOV 29 2022
US DISTRICT COURT
MID DIST TENN

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Frederick Jason Bosserman
All other names by which you have been known:
ID Number: 201700043806
Current Institution: Williamson County Jail
Address: 408 Century Court
Franklin, TN 37064
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: John Doe
Job or Title (if known): Medical Supervisor
Shield Number:
Employer: Southern Health Partners
Address: unknown
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 2
Name: Southern Health Partners in care of Williamson County
Job or Title (if known):
Shield Number:
Employer:
Address: unknown
City / State / Zip Code
[✓] Individual capacity  [✓] Official capacity

Defendant No. 3
  Name: Williamson County Jail
  Job or Title (if known):
  Shield Number:
  Employer:
  Address: 408 Century Court
  Franklin, TN 37064
  City / State / Zip Code

  ☐ Individual capacity   ☑ Official capacity

Defendant No. 4
  Name: Dusty Rhodes
  Job or Title (if known): Sheriff Williamson County Jail
  Shield Number:
  Employer: Williamson County Jail
  Address: 408 Century Court
  Franklin, TN 37064
  City / State / Zip Code

  ☑ Individual capacity   ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  ☐ Federal officials (a *Bivens* claim)
  ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Denial of adequate medical care or action

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

# Defendants - continued

## Defendant 5
- Name - Chad Youker
- title - Leiutenant
- Shield # - 2236
- employer - Williamson County
- Address - 408 Century Court
  Franklin TN 37064
- ☒ individual capacity  ☒ official capacity

## Defendant 6
- Name - Jano Doe
- title - Nurse
- shield # -
- employer - Southern Health Partners in care of Williamson County
- Address - unknown
- ☒ individual capacity  ☒ official capacity

## Defendant 7
- Name - John Doe
- title - Floor Deputy
- Shield # -
- employer - Williamson County Jail
- Address - 408 Century Court
  Franklin TN 37064
- ☒ individual capacity  ☒ official capacity

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Please refer question to legal counsel once appointed. I am an indigent inmate and do not have the legal experience to answer this question.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

There are several events giving rise to my claim. I am unsure as to the date and time. The Williamson County Jail and Southern Health Partners are refusing to give the plaintiff access to his medical and institutional records.

C. What date and approximate time did the events giving rise to your claim(s) occur?

There are multiple dates and incidents giving rise to my claim. The Williamson County Jail and Southern Health will not provide the plaintiff with medical & institutional records

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

The plaintiff had gallstones that were ignored to the extent that his gallbladder ruptured, he contracted septemia a serious blood infection which cause organ failure and near death along with a prolonged stay in 2 different hospitals and required 2 surgeries to fix. The plaintiff has continued to suffer from digestive issues related to incident.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Actual Damages - Cost of all surgeries and medical care
Punitive Damages - 10 million Dollars
The plaintiff wants to hold the defendants responsible for injuries that occured under their supervision and custody. The plaintiff is also looking for punitive damages for pain & suffering and to make sure this doesn't happen to another person in their custody.

Statement of Claim - D.

There are several events that happened over a 2 or 3 month period while incarcerated at the Williamson County Jail. The first incident I was rushed to the hospital where I was diagnosed with gallstones. Upon my return to the jail I was placed on medical segregation for several months. I continued to have complications and continuous pain. I filed multiple requests on the inmate kiosk system about the lack of medical care, pain and dietary concerns that were causing me severe pain. I was given multiple ultrasounds and taken to see a specialist for a CT scan and surgery was recommended. I had another incident that required a trip to the emergency room at the Williamson County Medical Center. The doctor informed the officer that I needed emergency surgery because my gallbladder ruptured. The Williamson County Jail refused to let me have the surgery and then conspired with Southern Health Partners to have me released from custody. Upon my release I was admitted to Summit hospital after passing out. I was diagnosed with septemia and organ failure from lack of medical care. I was transferred to Centennial Hospital and had to undergo 2 corrective surgeries and have my gallbladder removed.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☑ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

Williamson county jail inmate kiosk system

2. What did you claim in your grievance?

dietary issues
Pain from gallstones, discomfort

3. What was the result, if any?

ignored to the extent of gallbladder rupturing, septemia and organ failure & hospitalization.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

released before I could appeal grievance

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

 1. Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

 2. Court *(if federal court, name the district; if state court, name the county and State)*
    _____

 3. Docket or index number
    _____

 4. Name of Judge assigned to your case
    _____

 5. Approximate date of filing lawsuit
    _____

 6. Is the case still pending?
    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

 7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
    _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)

   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-15-2022

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Frederick Jason Bousseman
Prison Identification #: 2017 000 43806
Prison Address: 408 Century Ct
Franklin    TN    37064
City    State    Zip Code

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

FREDERICK Jaron BOSERMAN
#2017000 43806
408 Century Ct
Franklin TN, 37064



United States District Court
Clerks office

Middle District Tennessee
801 Broadway
Nashville TN, 37203

RECEIVED
NOV 29 2022
US DISTRICT COURT
MID DIST TENN

11/02/2022 Open When
Received
By jail Clerk
MOSS

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office

This correspondence is from an inmate in a correctional institution. The Williamson County Sheriff's Office has neither censored nor inspected this item. Therefore this department does not assume responsibility for its contents.
Williamson County Sheriff's Office