UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FREDERICK JASON BOSSERMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 3:22-cv-00960 |
| WILLIAMSON COUNTY, et al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 47) recommending the Court grant Defendants' Motions to Dismiss (Doc. Nos. 26 and 28) and dismiss this case with prejudice. No timely objections to the R&R have been filed. The absence of objections releases the Court from its duty to independently review the matter. Miller v. Currie, 50 F.3d 373, 380 (6th Cir. 1995); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

Accordingly, the R&R (Doc. No. 47) is **APPROVED AND ADOPTED**, Defendants' Motions to Dismiss (Doc. Nos. 26 and 28) are **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**. All other pending motions are **DENIED AS MOOT**. This Order constitutes a final judgment pursuant to Federal Rule of Civil Procedure 58. The Clerk shall close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE